PROB 12B
(7/93)

## United States District Court
### for
### District of New Jersey

RECEIVED
APR 27 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Zawacki, Walter

Cr.: 08-126-01
PACTS Number: 51029

Name of Sentencing Judicial Officer: Honorable Ann E. Thompson

Date of Original Sentence: 9/23/09

Original Offense: Mail Fraud

Original Sentence: Probation three years, alcohol treatment, six months home confinement, no new debt, financial disclosure, DNA testing, and pay a $29,680.00 restitution.

Type of Supervision: Probation        Date Supervision Commenced: 9/23/09

### PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total term of   years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition: The offender is ordered to make at least $200 payments monthly towards the restitution balance, until satisfied.

### CAUSE

Despite Mr. Zawacki having a monthly income $1,604.62 and debt totaling $2,025, the probationer states he will be able to pay at least $200 monthly towards the restitution balance, until paid in full.

Respectfully submitted,

By: Stanley K. Whetstone
U.S. Probation Officer
Date: April 12, 2010

THE COURT ORDERS:

[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

4/25/10
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Because a payment schedule was not set at the time of sentencing, Mr. Zawacki has agreed to make at least $200 payments monthly towards his $29,680 restitution until the balance is satisfied.

Witness: _____  Signed: _____
Senior U.S. Probation Officer            Probationer or Supervised Releasee
Stanley k. Whetstone                     Zawacki, Walter

_____
DATE